UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY LAIRD, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 1:22-cv-00259-KD-N |
| JIYA JEEL, LLC, and SHIRISH PATEL, | ) | |
| | ) | |
| Defendants. | | |

_____

JOINT NOTICE OF SETTLEMENT AND REQUEST FOR
TIME TO FINALIZE SETTLEMENT AND FILE STIPULATION FOR DISMISSAL

_____

COME NOW the Plaintiff, Jeffery Laird, and the Defendants Jiya Jeel, LLC, and Shirish Patel, by and through their respective counsel, and hereby file this Joint Notice of Settlement, advising the Court that the Parties hereto have agreed to a settlement of all claims asserted, or which could be asserted in this action.  The Parties respectfully request that this matter be set over for final dismissal for 45 days from the date of this pleading, so that the necessary releases may be prepared and executed, and  payments made, and for stipulations for dismissal with prejudice to be filed with this Court.

In addition, this Court previously granted an extension of time for the Defendants to answer, plead, or otherwise defend in this case, and by Counsel's calculation, an answer would otherwise be due on September 19, 2022.  The parties jointly request that this Court would enter an order rendering moot the filing of any answer at this time, so that the settlement can be finalized.

WHEREFORE, the parties respectfully request that this matter by set over for 45 days for finalization of the settlement and the filing of a stipulation for dismissal with prejudice, and further that the time for filing an answer be rendered moot or to the extent necessary extended until the settlement is finalized.

Respectfully submitted,

/s/ L. Daniel Mims
L. DANIEL MIMS (MIMSD 16701)
DAVID C. HANNAN (HANND 6092)
Attorneys for Defendants

The Mims Firm, P.C.
952 Government Street
Mobile, AL 36604
Tel: (251) 433-0161

/s/ Joanie Harp
Joanie Harp, Esq.

Sanford Law Firm, PLLC
joanie@sanfordlawfirm.com
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, AR 72211

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on the following by placing same in the U. S. Mail, properly addressed, and postage prepaid on this 26th day of August, 2022:

Courtney Lowery, Esq. (Ala. Bar No. 4047-v46j)
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, AR 72211
501-221-0088

Sanford Law Firm, PLLC
joanie@sanfordlawfirm.com
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, AR 72211

>*/s/ L. Daniel Mims*
> L. Daniel Mims