IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY LAIRD,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION: 1:22-00259-KD-N** |
| ) | |
| **JIYA JEEL, LLC, and SHIRISH PATEL,** ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on the parties' Joint Notice of Settlement, indicating they have settled this case. (Doc. 10).

As such, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **forty-five (45) days** of the date of this Order should the settlement agreement not be consummated. Each party shall bear his or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **20th** day of **September 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**