IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY LAIRD,** )<br>     **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**JIYA JEEL, LLC, and SHIRISH PATEL,** )<br>     **Defendants.** ) | **CIVIL ACTION: 1:22-00259-KD-N** |

**ORDER**

This matter is before the Court on the parties' Joint Notice of Settlement, indicating they have settled this case (Doc. 10) and the Court's September 20, 2022 Order of dismissal (providing for 45 days for reinstatement) per same (Doc. 11).

Upon review, because this is a *Fair Labor Standards Act* (FLSA) case involving a private action for which Court approval of settlement is required,[1] the Order of dismissal (Doc. 11) was entered in error and so is **VACATED.** It is **ORDERED** that the parties shall file, on or before **November 7, 2022**, a Joint Motion for the Court's Approval of the Settlement.

**DONE** and **ORDERED** this the **19th** day of **October 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

1 In Lynn's Food Stores, Inc. v. United States ex rel. Dep't of Labor, Emp. Standards Admin., Wage & Hour Div., 679 F.2d 1350, 1352-1355 (11th Cir. 1982), the Eleventh Circuit recognized two (2) methods for settlement of FLSA claims: supervision by the Secretary of Labor; or court approval in a private action where a plaintiff is represented by counsel. As to the latter, which applies here, the parties may compromise and settle the FLSA claims *but only with Court approval of the settlement agreement.* Notably, courts must determine whether a FLSA settlement is a "fair and reasonable resolution of a bona fide dispute" of the FLSA claims. Lynn's Food Stores, 679 F.2d at 1352-1355; Dees v. Hydradry, Inc., 706 F.Supp.2d 1227, 1238-1239 (M.D. Fla. 2010).