# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY LAIRD,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:22-00259-KD-N |
| ) | |
| **JIYA JEEL, LLC,** *et al.,* ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order issued on April 12, 2023 (Doc. 23), it is **ORDERED, ADJUDGED,** and **DECREED** that the FLSA settlement (as amended) is **APPROVED** (as detailed therein), and that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **14th** day of **April 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

1